Ted KIRSCH, as President and Guardian Ad Litem of the Philadelphia Federation of Teachers and the Philadelphia Federation of Teachers, Petitioners,

v.

SCHOOL DISTRICT OF PHILADELPHIA, Pedro Ramos, President, Board of Education of the School District of Philadelphia, Dorothy Sumners Rush, Vice President of the Board of Education of the School District of Philadelphia, Martin G. Bednarek, The Reverend Ralph E. Blanks, Helen Cunningham, Sandra Dunge Glenn, Christina James Brown, Michael Masch, and Emilio Maticoli, Members of the Board of Education of the School District of Philadelphia, Respondents.

Supreme Court of Pennsylvania.

Oct. 27, 2000.

*ORDER*

PER CURIAM:

AND NOW, this 27th day of October, 2000, the Application for A Temporary Restraining Order and Injunctive Relief is hereby denied.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner,

v.

Ursula Lisbeth HOOK, Respondent.

Supreme Court of Pennsylvania.

Nov. 1, 2000.

*ORDER*

PER CURIAM:

AND NOW, this 1st day of November, 2000, the Petition for Allowance of Appeal is hereby GRANTED, the order of the Commonwealth Court is reversed and the case is remanded for proceedings consistent with *Commonwealth of Pennsylvania, Department of Transportation v. McCafferty*, —— Pa. ——, 758 A.2d 1155 (2000).

COMMONWEALTH of Pennsylvania, BUREAU OF DRIVER LICENSING, Respondent,

v.

Michael DRISCOLL, Petitioner.

Supreme Court of Pennsylvania.

Nov. 1, 2000.